US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUL 11 2012

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | No. 1:12CR10013-001 |
| v. | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A)(ii) |
| MARCUS TYRONE WAYNE, | ) | 21 U.S.C. § 841(b)(1)(A)(iii) |
| aka "Caine" | ) | 21 U.S.C. § 846 |

## INDICTMENT

The Grand Jury Charges:

### COUNT 1

Violation: Title 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii), and 846 (Conspiracy to distribute more than 280 grams of cocaine base)

Beginning at a time unknown to the Grand Jury but at least as early as 2009, and continuing until on or about June 8, 2012, in the Western District of Arkansas, El Dorado Division and elsewhere, the defendant, **MARCUS TYRONE WAYNE, aka "Caine"**, did knowingly and intentionally combine, conspire, and agree with others known and unknown to the Grand Jury, to distribute a controlled substance, namely cocaine base, commonly known as "crack cocaine", a Schedule II controlled substance, and over the course of and as part of the conspiracy more than 280 grams of cocaine base were distributed, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(iii), all in violation of Title 21 U.S.C. § 846.

1

## COUNT 2

> Violation: Title 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii), and 846
> (Conspiracy to possess more than five (5) kilograms of cocaine with intent to distribute)

Beginning at a time unknown to the Grand Jury but at least as early as March 2012, and continuing until on or about June 8, 2012, in the Western District of Arkansas, El Dorado Division and elsewhere, the defendant, **MARCUS TYRONE WAYNE, aka "Caine"**, did knowingly and intentionally combine, conspire, and agree with Terry Gafford and others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute a controlled substance, namely, more than five (5) kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(ii), all in violation of Title 21 U.S.C. § 846.

## FORFEITURE ALLEGATION

The grand jury re-alleges and incorporates by reference herein Counts One and Two.

Upon conviction of Counts One and/or Two of this Indictment, the defendant, **MARCUS TYRONE WAYNE, aka "Caine"**, shall forfeit to the United States pursuant to 18 U.S.C. § 982 and 21 U.S.C. § 853, any property constituting or derived from proceeds obtained, directly or indirectly, as a result of the said violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

a. A sum of United States currency representing the amount of proceeds obtained by the defendant as a result of the offenses described in Counts One and Two of this Indictment; and

b. All real and personal property, derived from, involved in, or used to facilitate the offenses described in Counts One and Two of this Indictment.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) and 18 U.S.C. § 982(b)(1), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A True Bill.

/s/Grand Jury Foreperson
Foreperson

CONNER ELDRIDGE
UNITED STATES ATTORNEY

By: *[signature: Johnny Eser for Matthew Quinn]*

Matthew C. Quinn
Assistant U.S. Attorney
Arkansas Bar No. 2003-152
500 N. Stateline Ave., Suite 402
Texarkana, AR 71854
(903) 794-9481
E-mail Matt.Quinn@usdoj.gov