UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA,     CASE NO: 1:12CR10013-SOH-1

Plaintiff,

vs

**STIPULATION FOR
SUBSTITUTION OF COUNSEL**

MARCUS TYRONE WAYNE,

Defendant.
_____/

**IT IS** hereby stipulated and agreed that the Law Firm of FRANK A. RUBINO, ESQUIRE shall be substituted in place of FRANK ANTHONY PEREZ ESQUIRE as attorney for the defendant in this cause.

_____     _____
FRANK A. RUBINO, ESQUIRE     FRANK ANTHONY PEREZ, ESQ.

## ORDER

**THIS CAUSE** coming on to be heard by the Court upon Stipulation for Substitution of Counsel, it is

**ORDERED AND ADJUDGED** that Frank A. Rubino, Esquire be substituted as counsel in place of Frank Anthony Perez, Esquire as attorney for the defendant in this cause.

**DONE AND ORDERED** at El Dorado, Arkansas this _____ day of _____, 2012.

_____
SUSAN O. HICKEY,
United States District Court Judge