UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CASE NO: 1:12CR10013-SOH-1

UNITED STATES OF AMERICA,

    Plaintiff,

vs

MARCUS TYRONE WAYNE,

    Defendant.
_____/

NOTICE OF PERMANENT
APPEARANCE AS COUNSEL
OF RECORD

COMES NOW FRANK A. RUBINO, ESQUIRE and files this appearance as counsel for the above named defendant. Counsel agrees to represent the defendant for all proceedings arising out of the transaction with which the defendant is presently charged in the United States District Court in and for the Western District of Arkansas.

DATED: October 31, 2012

Respectfully submitted,

FRANK A. RUBINO, ESQUIRE
1001 Brickell Bay Drive
Suite 2206
Miami, FL 33131
(305) 858-5300
Fla. Bar No: 209171

(S) *Frank A. Rubino*
FRANK A. RUBINO, ESQUIRE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Permanent Appearance as Counsel of Record was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case this 31st day of October, 2012.

(S) *Frank A. Rubino*
FRANK A. RUBINO, ESQUIRE