UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA,    CASE NO: 1:12CR10013-001

　　　　Plaintiff,

-vs-

MARCUS TYRONE WAYNE,

　　　　Defendant.
_____/

## MOTION FOR MEDICAL AND DENTAL CARE

**COMES NOW** the Defendant, MARCUS TYRONE WAYNE, by and through his undersigned attorney and hereby files this, his Motion for Medical and Dental Care.

Prior to his arrest and incarceration, the defendant, Marcus Wayne, was the victim of a shooting. Mr. Wayne was shot in the face; the bullet going through his mouth, up into his eye and lodging in his right temple. This gunshot wound has caused serious damage to his teeth and his mouth, as well as blinding him in one eye. The bullet is currently lodged in his right temple and is causing him quite a large amount of discomfort.

Law Firm of Frank A. Rubino, Esq., P.A.

Brickell Bay Tower, 1001 Brickell Bay Drive, Suite 2206, Miami, Florida 33131, Tel: (305) 858-5300, Fax: (305) 350-2001

Defendant Marcus Wayne has advised the Bi-State Justice Center Detention Facility at 100 North Stateline Avenue, Texarkana, Texas of his medical and dental problems. They have advised him that he obviously needs the services of a skilled physician and dentist which they do not have on staff. They advised him that they can only provide him the services of a nurse who cannot treat the bullet lodged in his temple, nor can she do any dental work. The defendant's face and mouth has swollen up and he is in need of both medical and dental care for this very serious problem.

It is most respectfully requested that this Honorable Court request that the United States Marshal take Marcus Wayne to a medical facility for treatment for these two serious problems.

Respectfully submitted,

FRANK A. RUBINO, ESQUIRE
1001 Brickell Bay Drive
Suite 2206
Miami, FL 33131
(305) 858-5300
Fla. Bar No: 209171

  (S) *Frank A. Rubino*
FRANK A. RUBINO, ESQUIRE

Law Firm of Frank A. Rubino, Esq., P.A.

Brickell Bay Tower, 1001 Brickell Bay Drive, Suite 2206, Miami, Florida 33131, Tel: (305) 858-5300, Fax: (305) 350-2001

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion for Medical and Dental Care was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case this 17th day of July, 2013.

(S) *Frank A. Rubino*
FRANK A. RUBINO, ESQUIRE

Law Firm of Frank A. Rubino, Esq., P.A.

Brickell Bay Tower, 1001 Brickell Bay Drive, Suite 2206, Miami, Florida 33131, Tel: (305) 858-5300, Fax: (305) 350-2001