IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:12CR10013-001 |
| | ) | |
| MARCUS WAYNE | ) | |

## UNITED STATES' MOTION TO STRIKE DEFENDANT'S PRO SE MOTION TO COMPEL DISCOVERY

Comes now the United States of America, by and through Conner Eldridge, United States Attorney for the Western District of Arkansas, and for its Motion filed herein, states:

1. That on February 26, 2014 Defendant caused to be filed a pro se Motion to Compel Discovery.

2. That Defendant is represented by retained counsel Mr. Frank Rubino, and that the United States has shared and continues to share discovery with Mr. Rubino with no issues or disputes.

3. That a district court has no obligation to entertain pro se motions filed by a represented party. Abdullah v. U.S., 240 F.3d 683, 686 (8th Cir.2001); see United States v. Agofsky, 20 F.3d 866, 872 (8th Cir.), cert. denied, 513 U.S. 909, 115 S.Ct. 280, 130 L.Ed.2d 196 (1994).

4. That Defendant's pro se motion should be stricken, as Defendant's counsel has notice of Defendant's pro se motion and can file a formal Motion to Compel Discovery should he deem it necessary.

## *CONCLUSION*

For the foregoing reasons, the United States respectfully requests the Defendant's Pro Se Motion to Compel Discovery be stricken as Defendant is represented by retained counsel.

    Respectfully submitted,

    Conner Eldridge
    United States Attorney

By: */s/ Matthew C. Quinn*
    Matthew C. Quinn
    Assistant U.S. Attorney
    Arkansas Bar No. 2003-152
    500 N. Stateline Ave., Suite 402
    Texarkana, AR 71854
    (903) 794-9481

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 4th day of March, 2014, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which shall send notification to the following:


Frank Rubino, Counsel for Marcus Wayne


               */s/ Matthew C. Quinn*
               Matthew C. Quinn
               Assistant U.S. Attorney