```
                                                          US DISTRICT COURT
                                                       WESTERN DIST ARKANSAS
         IN THE UNITED STATES DISTRICT COURT                   FILED
             WESTERN DISTRICT OF ARKANSAS
                  El DORADO DIVISION                       MAY 1 2 2014

                                                        CHRIS R. JOHNSON, Clerk
                                                        By
UNITED STATES OF AMERICA          )                              Deputy Clerk
                                  )
vs.                               )    No. 1:12CR10013
                                  )
MARCUS TYRONE WAYNE               )
```

## PETITION AND ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The petition of the United States Attorney for the Western District of Arkansas, respectfully shows to this Honorable Court that Terry Gafford, # 20028-078, is a material witness in the above entitled case and is now confined in the West Tennessee Detention Facility, 6299 Finde Naifeh Jr. Drive, Mason, Tennessee, and is being held by the Sheriff thereof who will honor a Writ of Habeas Corpus Ad Testificandum as hereinafter prayed.

WHEREFORE, your petitioner prays that this Honorable Court do forthwith order a Writ of Habeas Corpus Ad Testificandum to issue from this Court to the following:

    United States Marshal for the Western District of Arkansas
    United States Marshal for the Western District of Tennessee
    Sheriff, West Tennessee Detention Facility, Mason, Tennessee

requiring them to produce the body of the above named material witness in the Washington County, Arkansas Jail on or before May 28, 2014, for trial preparation and further requiring them to produce the body of the above named material witness before this Court in El Dorado, Arkansas, on June 23, 2014, at 9:00 a.m. for trial.

By:    Conner Eldridge
       United States Attorney

       *Kenny Elzer for*
       Clay Fowlkes
       Assistant U. S. Attorney
       Arkansas Bar No. 2003191
       414 Parker Avenue
       Fort Smith, AR 72901
       (479) 783-5125
       Clay.Fowlkes@usdoj.gov

IT IS SO ORDERED THIS
12TH DAY OF MAY, 2014.

*[signature]*

JAMES R. MARSCHEWSKI
CHIEF U.S. MAGISTRATE JUDGE