UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA,  CASE NO: 1:12CR10013-001

    Plaintiff,

-vs-

MARCUS TYRONE WAYNE,

    Defendant.
_____/

## MOTION FOR DENTAL CARE

**COMES NOW** the Defendant, Marcus Tyrone Wayne, by and through his undersigned attorney and hereby files this, his Motion for Dental Care.

Over two years ago, prior to the defendant Marcus Wayne's arrest, a local dentist placed a temporary cap on one of his teeth. Mr. Wayne was to return a few weeks later and have the temporary cap replaced by a permanent cap. During the interim period, Mr. Wayne was arrested and never had the opportunity to return to the dentist. Mr. Wayne had fully paid for the permanent cap. Now after two years the temporary cap has degraded. The temporary cap was only designed to last a few short weeks and be replaced by a permanent cap. After the temporary cap was put on, but before Mr. Wayne

Law Firm of Frank A. Rubino, Esq., P.A.

Brickell Bay Tower, 1001 Brickell Bay Drive, Suite 2206, Miami, Florida 33131, Tel: (305) 858-5300, Fax: (305) 350-2001

could return to the dentist for the installation of the permanent cap, he was incarcerated and has been ever since. The temporary cap has long since outlived its intended use and is now causing the defendant great pain.

WHEREFORE it is most respectfully requested that this Honorable Court order the United States Marshals to transport the defendant to a dentist who may replace the temporary cap with a permanent one.

Respectfully submitted,

FRANK A. RUBINO, ESQUIRE
Attorney for Marcus T. Wayne
1001 Brickell Bay Drive
Suite 2206
Miami, FL  33131
(305) 858-5300
Fla. Bar No: 209171


  (S) *Frank A. Rubino*
FRANK A. RUBINO, ESQUIRE

Law Firm of Frank A. Rubino, Esq., P.A.

Brickell Bay Tower, 1001 Brickell Bay Drive, Suite 2206, Miami, Florida 33131, Tel: (305) 858-5300, Fax: (305) 350-2001

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing Motion for Dental Care was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case this 21st day of August, 2014.

                           (S) *Frank A. Rubino*
                          FRANK A. RUBINO, ESQUIRE