UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 1:12CR10013-001 |
| Plaintiff, | |
| -vs- | |
| MARCUS TYRONE WAYNE, | |
| Defendant. | |
| _____/ | |

## RENEWED MOTION FOR DENTAL CARE

**COMES NOW** the Defendant, Marcus Tyrone Wayne, by and through his undersigned attorney and hereby files this, his Renewed Motion for Dental Care.

The defendant has previously filed a motion for medical and dental care (docket number 37). Since the filing of that motion, the defendant has been taken to Pathology Services of Texarkana at the Wadley Regional Medical Center, and Texarkana Radiology Associates. These medical facilities removed the bullet that was lodged in the defendant's right temple and resolved that problem. The defendant has had his medical problems adequately taken care of, but not his dental problems.

Law Firm of Frank A. Rubino, Esq., P.A.

Brickell Bay Tower, 1001 Brickell Bay Drive, Suite 2206, Miami, Florida 33131, Tel: (305) 858-5300, Fax: (305) 350-2001

The defendant has a temporary bridge in his mouth which has been there since before his incarceration over two years ago. That temporary bridge has finally broken and because of that, the defendant is having dental problems which are causing him great pain. The defendant has been measured for, and paid for, a permanent bridge. That bridge has been ordered and is at the defendant's dentist's office (Dr. DeCastro, 5917 West 12th Street, Suite A, Little Rock, Arkansas 72201). Since a permanent bridge already has been ordered, manufactured and paid for, it would make sense to have the defendant taken to a local dentist in El Dorado where he could contact Dr. DeCastro, obtain the bridge by mail from him and install it for the defendant at far less cost to the Government.

Wherefore it is most respectfully requested that this Honorable Court order the United States Marshal to transport the defendant to a local dentist who can address these severe dental needs.

Respectfully submitted,
FRANK A. RUBINO, ESQUIRE
Attorney for Marcus T. Wayne
1001 Brickell Bay Drive
Suite 2206
Miami, FL  33131
(305) 858-5300
Fla. Bar No: 209171

   (S) *Frank A. Rubino*
FRANK A. RUBINO, ESQUIRE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Renewed Motion for Dental Care was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case this 6th day of October, 2014.

        (S) *Frank A. Rubino*
        FRANK A. RUBINO, ESQUIRE

Law Firm of Frank A. Rubino, Esq., P.A.

Brickell Bay Tower, 1001 Brickell Bay Drive, Suite 2206, Miami, Florida 33131, Tel: (305) 858-5300, Fax: (305) 350-2001