UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 1:12CR10013-001 |
| | ) |
| MARCUS TYRONE WAYNE | ) |
| aka "Caine" | |

## MOTION TO DISMISS

Comes now the United States of America and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and it hereby requests that the Indictment filed July 11, 2012 in this matter be dismissed without prejudice.

        Respectfully submitted,

        CONNER ELDRIDGE
        UNITED STATES ATTORNEY

        */s/Kenneth Elser*
By:
        Kenneth Elser
        Assistant U.S. Attorney
        Arkansas Bar No. 89184
        414 Parker Avenue
        Fort Smith, AR 72901
        Phone: (479)783-5125
        E-mail Kenny.Elser@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Frank A. Rubino, attorney for the defendant.

        */s/Kenneth Elser*
        Kenneth Elser
        Assistant U.S. Attorney